# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Dorothy Nkafu,

        Petitioner,

v.

John E Cantu, et al.,

        Respondents.

No. CV-26-00678-PHX-KML (JFM)

**ORDER**

Petitioner challenged her present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1.) The court directed respondents to respond; the petition is fully briefed. Petitioner also filed motions for an order to show cause and to set a hearing. The court will direct respondents to file a status update.

In their response, respondents maintained petitioner's order of removal became final on December 27, 2025, and, therefore, petitioner's detention is mandatory until March 27, 2026. (Doc. 7 at 4.) In reply, petitioner argued the relevant date for *Zadvydas* purposes is November 25, 2025, which is the date "removal to Cameroon became legally impossible under 8 U.S.C. § 1231(b)(3)." Petitioner is mistaken. Under 8 U.S.C. § 1231(a)(1), the Government has 90 days in which to remove an alien once a removal order becomes final. Petitioner's removal order became final on December 27, 2025. Respondents are therefore correct that Petitioner's detention is mandatory until March 27, 2025. Continued detention of Petitioner after that date is discretionary. 8 U.S.C. § 1231(a)(6). That discretion, however, is not unfettered, and indefinite detention is not

permitted. *Zadvydas*, 533 U.S. at 689. The court will therefore direct respondents to provide a status update into their "efforts aimed at inquiring into removal following the date her order of removal became administratively final last December." (Doc. 7 at 4.) Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS THEREFORE ORDERED** no later than April 2, 2026, respondents must provide a status update as to the efforts to remove petitioner. Petitioner may respond to the status update no later than April 7, 2026.

**IT IS FURTHER ORDERED** petitioner's motions for an order to show cause and for a hearing (Docs. 12-13) are **denied** without prejudice.

Dated this 26th day of March, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**