**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dorothy Nkafu, | No. CV-26-00678-PHX-KML (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

In February 2026, petitioner challenged her immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing her detention was prolonged and there was no significant probability of her removal in the reasonably foreseeable future. (Doc. 1.) Based on the December 27, 2025, date of her final order of removal, the court later concluded petitioner's detention was "mandatory until March 27, 2026." (Doc. 14 at 1.) The court ordered respondents to file a status report on April 2, 2026, immediately after the expiration of the mandatory detention period. (Doc. 14 at 2.) Respondents did so and claimed they had recently learned "Petitioner was placed on a third country removal list." (Doc. 15 at 2.) Based on that information, the court concluded petitioner had not "overcome the presumption that she may be detained." (Doc. 19 at 3.) The court ordered respondents to file another status report on June 26, 2026, the date on which the burden would shift to respondents to justify continued detention. (Doc. 19 at 4.)

Respondents did not file anything on June 26, 2026. On June 29, 2026, petitioner filed a status report requesting immediate release. The presumptive period of permissible

detention has expired and respondents have provided no evidence there is a significant probability of petitioner's removal in the reasonably foreseeable future. Based on respondents' failure to carry their burden, the petition is granted.

**IT IS ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is granted as to her request for release from custody.  The remainder of the original petition and the amended petition are denied as moot.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody and file a notice of compliance within two business days of petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 30th day of June, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -